UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV05-04822-WDK(PJWx) | Date | April 12, 2010 |
|---|---|---|---|
| Title | Garden City Boxing Club Inc. v. Brian James Schroeder | | |

| Present: The Honorable | William D. Keller, United States District Court Judge |
|---|---|

| Patricia Gomez | |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |

**Proceedings:**   (IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION

Within forty-five (45) days of this Court's December 29, 2009 Order, Plaintiff was to contact Magistrate Judge Patrick J. Walsh to schedule and conduct a settlement conference. The deadline has elapsed without compliance. Within ten (10) days of this order, Plaintiff is to show cause in writing why the action should not be dismissed for a failure to prosecute and comply this Court's order.

IT IS SO ORDERED.

                                                                                           :
                                                      Initials of Preparer    PG